7jgmtwoh (7/15)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* Dru Ellen Campbell
*Debtor*

*Bankruptcy Case No.*
16–40279–abf7

**United States of America**
   Plaintiff(s)

*Adversary Case No.*
16–04050–abf

v.

**Dru Ellen Campbell**
   Defendant(s)

## JUDGMENT

The issues of this proceeding having been duly considered by the Honorable Arthur B. Federman , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: In accordance with the Stipulation, Agreed Judgment, and Order(Doc. #8), entered by the court on 8/2/2016, Judgment is hereby entered in favor of the Plaintiff, United States of America, and against the Debtor–Defendant, Dru Ellen Campbell in the amount of $35,783.60.

PAIGE WYMORE–WYNN
Court Executive

By: /s/ Sharon Greene
       Deputy Clerk



Date of issuance: 8/2/16

Court to serve